

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

MAY 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-2895 |
| Originating Case Number: | 3:23-cv-00061-RBM-DTF |
| Short Title: | Morrison, et al. v. Trader Joe's Company |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-2895 |
| Originating Case Number: | 3:23-cv-00061-RBM-DTF |
| Case Title: | Morrison, et al. v. Trader Joe's Company |

**Monday, May 12, 2025**

| | |
|---|---|
| Valerie Morrison | Mediation Questionnaire due |
| Tamakia Herd | Mediation Questionnaire due |
| Vyacheslav Shausmanov | Mediation Questionnaire due |
| Rome Ish-Hurwitz | Mediation Questionnaire due |
| Rita Ade | Mediation Questionnaire due |
| Ginger Chapman | Mediation Questionnaire due |
| Thomas Ferrante | Mediation Questionnaire due |
| Louis Salerno | Mediation Questionnaire due |
| Lillian Brennessel | Mediation Questionnaire due |
| Ahana Ganguly | Mediation Questionnaire due |
| Rob Costin | Mediation Questionnaire due |
| Adam Thaler | Mediation Questionnaire due |

**Monday, June 16, 2025**

| | |
|---|---|
| Valerie Morrison | Appeal Opening Brief (No Transcript Due) |
| Tamakia Herd | Appeal Opening Brief (No Transcript Due) |
| Vyacheslav Shausmanov | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| Rome Ish-Hurwitz | Appeal Opening Brief (No Transcript Due) |
| Rita Ade | Appeal Opening Brief (No Transcript Due) |
| Ginger Chapman | Appeal Opening Brief (No Transcript Due) |
| Thomas Ferrante | Appeal Opening Brief (No Transcript Due) |
| Louis Salerno | Appeal Opening Brief (No Transcript Due) |
| Lillian Brennessel | Appeal Opening Brief (No Transcript Due) |
| Ahana Ganguly | Appeal Opening Brief (No Transcript Due) |
| Rob Costin | Appeal Opening Brief (No Transcript Due) |
| Adam Thaler | Appeal Opening Brief (No Transcript Due) |

**Monday, July 14, 2025**

| | |
|---|---|
| Trader Joe's Company | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**